```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

MILES                                       CIVIL ACTION

VERSUS                                      NO: 07-6630

ALLSTATE INSURANCE COMPANY                  SECTION: R (1)
ET AL.
```

## ORDER AND REASONS

Before the Court is plaintiff's motion to remand this case to state court. Defendant does not oppose the motion. Because the Court finds that the jurisdictional amount is not satisfied, the Court GRANTS plaintiff's motion to remand.

Plaintiff filed a binding stipulation stating that "the total damages sought by the Plaintiff in this cause of action does not exceed $75,000, including all penalties and attorney's fees, but exclusive of interest and costs," and that he will not accept a judgment in excess of $75,000. (Pl.'s Mot. Remand, R. Doc. 6-3). The Court finds that plaintiff's stipulation establishes with legal certainty that the claims are for less

than $75,000, therefore defeating removal. *See De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1411-12 (5th Cir. 1995).

Allstate has asked the Court to include in this remand order a condition expressly stating that the remand will not affect Allstate's right to remove the action again if plaintiff later amends the petition after one year and seeks more than $75,000 in damages. The Court cannot grant Allstate an exemption from 28 U.S.C. § 1446(b). If Allstate has cause to remove the action a second time, it can seek equitable estoppel of the removal statute's one-year limitation based on the specific facts surrounding that removal.

For the foregoing reasons, the Court GRANTS plaintiff's motion to remand.

New Orleans, Louisiana, this 29th day of November, 2007.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE